IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN -3 AM 9:58

CLERK_____
SO. DIST. OF GA.

LAWRENCE ANTHONY BRANNEN,

Plaintiff,

v.

APO DANIEL HANDSHUMAKER;
ROBERT PERSSE, Chief Public
Defender; BARCLAY BLACK,
Assistant District Attorney; and
CITY OF STATESBORO,

Defendants.

CIVIL ACTION NO.: CV610-083

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 3 day of January, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)